# IN THE SUPREME COURT OF THE STATE OF NEVADA

NEVADA SANDCASTLES, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,
               Appellant,
               vs.
NATIONSTAR MORTGAGE, LLC,
               Respondent.

No. 72434

**FILED**

AUG 24 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order granting in part and denying in part respondent's motion for summary judgment, certified as final pursuant to NRCP 54(b) arising from cases consolidated in the district court. Eighth Judicial District Court, Clark County; Kenneth C. Cory, Judge.

Our preliminary review of the docketing statement and the documents submitted to the court pursuant to NRAP 3(e) revealed a potential jurisdictional defect. Specifically, the order did not appear amenable to NRCP 54(b) certification because it appeared that no party or separate claim for relief had been completely removed from the action. *Mallin v. Farmers Insurance Exchange*, 106 Nev. 606, 797 P.2d 978 (1990); *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). Accordingly, on June 28, 2017, this court entered an order directing appellant to show cause why this appeal should not be dismissed for lack of jurisdiction.

Appellant has responded, and concedes that no party or separate claim for relief has been completely removed from the action, and that the district court cannot create finality when an order is not amenable to certification. *Taylor Constr. Co.*, 100 Nev. at 209, 678 P. 2d at 1153.

17-28478

Appellant further informs this court that it has filed a motion for relief from the judgment pursuant to NRCP 60(b), and that it will seek a remand for resolution of the motion. No response has been filed.

We conclude that we lack jurisdiction, and we dismiss this appeal. Any party aggrieved by an appealable order entered in the district court may file a new notice of appeal from that order.[1]

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:   Hon. Kenneth C. Cory, District Judge
      The Wright Law Group
      Akerman LLP/Las Vegas
      Eighth District Court Clerk

---

[1]We decline appellant's invitation to set forth any further holding.